IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. MELISSA SHANNON                                                              PLAINTIFF

v.                                       No. 4:10-cv-2044-DPM

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES *et al.*                                                DEFENDANTS

## ORDER

The motion to enforce, *Document No. 27*, is denied without prejudice and the motion to substitute an exhibit, *Document No. 31*, is denied as moot. The best way to resolve the one loose end, the Court believes, is for the parties to reconvene with Judge Kearney within the next sixty days. He has agreed to help. The *only* issue open for discussion is the notice — its mechanics and, if need be, its substance.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2012