# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MELISSA SHANNON, M.D.**                                    PLAINTIFF

v.                          No. 4:10-cv-2044-DPM

**UNIVERSITY OF ARKANSAS BOARD
OF TRUSTEES, B. ALLEN SUGG,**
**in his official capacity as President**
**of the University of Arkansas,**
**UNIVERSITY OF ARKANSAS,**
**DANIEL RAHN, M.D., in his official capacity**
**as Supervisor at the University of Arkansas**
**for Medical Sciences, and UNIVERSITY OF**
**ARKANSAS FOR MEDICAL SCIENCES**
**BOARD OF TRUSTEES**                                        DEFENDANTS

## JUDGMENT

Dr. Melissa Shannon's complaint against the University of Arkansas Board of Trustees, B. Allen Sugg, in his official capacity as President of the University of Arkansas, University of Arkansas, Daniel Rahn, M.D., in his official capacity as Supervisor at the University of Arkansas for Medical Sciences, and University of Arkansas for Medical Sciences Board of Trustees is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2012